**Robert SMALLS, Plaintiff–Appellant,**

v.

**Grady Leslie PATTERSON, Jr., State Treasurer; Louie A. Jacobs, Commissioner of Banking–EH Cooper Trust Fund; SC Financial Institutions; EH Cooper Trust Fund, Defendants–Appellees.**

No. 08–7578.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Robert Smalls, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Smalls appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Smalls' motion for appointment of counsel and affirm for the reasons stated by the district court. *Smalls v. Patterson,* No. 9:07–cv–03095–RBH (D.S.C. July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*